**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Demetrio Leonardo<br>            Debtor, | Chapter: 13<br>Case No: 09–40488<br>Judge Joel B. Rosenthal |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above **Demetrio Leonardo** was entered on 5/28/09 .

Date:8/6/09                                                                                         By the Court,

                                                                                                                David Corchado
                                                                                                                Deputy Clerk
                                                                                                                508–770–8905

45